# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| SEAN MITCHELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:20-CV-111-HAB |
| STANLEY SACKS, HERCHEL RUSH, and HEATHER BRAUKMAN, | ) ) ) ) |
| Defendants. | ) |

## OPINION AND ORDER

Sean Mitchell, proceeding *pro se*, has filed a lawsuit arising out of his dissatisfaction with the handling of two felony cases in Cook County, Illinois. Mitchell also has asked this Court to allow him to proceed without having to pay the required filing fee. All the events that Mitchell identifies in his Complaint occurred in Cook County, Illinois, which is located within the boundaries of the United States District Court for the Northern District of Illinois. Pursuant to 28 U.S.C. § 1391(b)(2), this case could have been filed in the Northern District of Illinois where all relevant events occurred. Accordingly, pursuant to 28 U.S.C. § 1404(a), this matter should be transferred to the United States District Court for the Northern District of Illinois. It will be left to that court to decide whether Mitchell's request to proceed *in forma pauperis* should be granted.

For the foregoing reasons, Mitchell's claims are TRANSFERRED to the United States District Court for the Northern District of Illinois.

SO ORDERED on March 10, 2020.

    s/ Holly A. Brady
    JUDGE HOLLY A. BRADY
    UNITED STATES DISTRICT COURT